# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3868
Lower Tribunal No. CF19-000211-XX

_____

CHRISTOPHER COAXUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

April 28, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and KAMOUTSAS, JJ., concur.


Lee Adam Cohen, of Cohen Law, P.A., Lakeland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez and Christopher Manon, Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED